# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LINDA WILSON,

        Plaintiff,

v.                              Case No: 6:18-cv-257-Orl-28KRS

TRANS UNION, LLC and MARINER
FINANCE, LLC,

        Defendants.
_____

# ORDER

This case is before the Court on Defendant Mariner Finance, LLC's Motion to Stay Proceedings and Compel Arbitration (Doc. No. 18). The assigned United States Magistrate Judge has submitted a Report (Doc. No. 22) recommending that the motion be granted in part. Neither Plaintiff nor Defendant Trans Union, LLC has filed an objection or response to the Report and the time to do so has passed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant Mariner Finance, LLC's Motion to Stay Proceedings and Compel Arbitration (Doc. No. 18) is **GRANTED in part.**

3. Plaintiff and Defendant Mariner Finance, LLC shall submit Plaintiff's claims against Mariner Finance, LLC to arbitration in accordance with the ADR Agreement between them within thirty days from the date of this Order.

4. The claims between Plaintiff and Defendant Mariner Finance, LLC in this case are stayed until further order of the Court. The claims between Plaintiff and Defendant Trans Union, LLC are not stayed and shall proceed in this case. Plaintiff and Defendant Trans Union, LLC shall file their Case Management Report no later than May 31, 2018.

5. Defendant Mariner Finance, LLC shall file a report as to the status of the arbitration proceedings ninety days from the date of this Order and every sixty days thereafter until further order of the Court.

**DONE** and **ORDERED** in Orlando, Florida, on May 24, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record