# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LINDA WILSON,

    Plaintiff,

v.
                                      Case No: 6:18-cv-257-Orl-28KRS

TRANS UNION, LLC and MARINER
FINANCE, LLC,

    Defendants.
_____

## ORDER

This case is before the Court on Defendant Trans Union, LLC's Motion to Stay (Doc. No. 25). The assigned United States Magistrate Judge has submitted a Report (Doc. 27) recommending that the motion be granted. Neither Plaintiff nor Trans Union, LLC has filed an objection to the Report and the time to do so has passed.[1]

After a review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Stay (Doc. No. 25) is **GRANTED**.

3. The claims between Plaintiff and Defendant Trans Union, LLC are stayed until further order of the Court.

4. The Clerk of the Court is directed to administratively close this file.

---

[1] The case has been stayed as to Defendant Mariner Finance, LLC. (Doc. 23)

**DONE** and **ORDERED** in Orlando, Florida, on July 6, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record